BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700 (main)
(916) 554-2900 (facsimile)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. 2:12-MJ-00063 CKD; |
| | ) | 2:12-SW-00080 CKD; |
| Plaintiff, | ) | 2:12-SW-00081 CKD |
| | ) | |
| v. | ) | **ORDER TO UNSEAL CRIMINAL COMPLAINT AND SEARCH AND ARREST WARRANTS** |
| COLIN KEITH McELWEE, and | ) | |
| CLARO GARCIA SOMERA, | ) | |
| Defendants. | ) | |

The Court hereby orders that the criminal complaint, supporting affidavit, and arrest warrants in criminal case No. 2:12-MJ-00063 CKD, and the search warrants, supporting affidavit, and applications in case Nos. 2:12-SW-00080 CKD and 2:12-SW-00081 CKD, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED:  March 1, 2012

/s/Carolyn K. Delaney
HON. CAROYN K. DELANEY
United States Magistrate Judge

3